## HAMILTON ET AL. *v.* CAREY ET AL.

[No. 13,252.   Filed January 10, 1929.]

*E. L. Johnson, Jr.*, for appellants.
*Carey & Cox*, for appellees.

PER CURIAM.—Judgment affirmed, with penalty of ten per cent.

## ROBINSON *v.* CHICAGO, INDIANAPOLIS AND LOUISVILLE RAILROAD COMPANY.

[No. 13,281.   Filed January 10, 1929.]

*Henry C. Thompson*, for appellant.
*E. B. Sellers, Alfred Evens* and *B. G. Stackhouse*, for appellee.

PER CURIAM.—Judgment affirmed.

## SECURITY FINANCE COMPANY *v.* PFOHL.

[No. 13,266.   Filed January 11, 1929.]

*Henry Kister*, for appellant.
*Sanford Trippet*, for appellee.

PER CURIAM.—Affirmed.